UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Civil Action No.:  05-CR-09 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Judge Joan Lefkow |
| | ) | |
| ADAM RESNICK et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PHILIP AND MORRIS ESFORMES' MOTION TO UNSEAL THE COURT DOCUMENTS FILED AS DOCKET NOS. 71 AND 78**

**I.    Procedural Background**

On December 1, 2010, the parties appeared before this Court on Intervenors' motion to unseal the court documents originally filed as docket #71 and 78.  At this hearing, the Assistant United States Attorney, Edward Kohler, reported to the Court that the government could not object to this Court's unsealing of the at-issue documents because they had already been made public by Seventh Circuit Order when they were filed at the Seventh Circuit.  In light of this information from the government, the Court stated that the parties could file a supplemental memorandum in support of their positions.

1

**II.     Argument**

This Court should unseal the entire court documents originally filed in this Court as docket #71 and 78 because they are public documents by Order of the Seventh Circuit Court of Appeals. On November 24, 2008, a Notice of Appeal was filed in this case by Domenic Poeta. (Dkt. # 166). On December 24, 2010, the Clerk of this District Court notified the public at large by way of PACER filing that certain documents were being filed at the Seventh Circuit, including the at-issue documents #71 and 78. (Dkt. #177, p. 3) Specifically the Clerk informed the public at large that:

> I, MICHAEL W. DOBBINS, CLERK of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the following is transmitted as part of the record on appeal in the cause entitled:
>
> USDC No. 05-cr-9-1
> USCA No. 08-4039
>
> | FILED DATE | ITEM NO. | DESCRIPTION |
> |---|---|---|
> |  | * * * |  |
> | 10/23/06 | 71 | VAULT ITEM |
> | 1/12/07 | 78 | VAULT ITEM |

(Id.)(Ex. A)

Once the documents were filed with the Seventh Circuit, the Seventh Circuit's Standing Order concerning sealed documents applied, stating as follows:

10.     Sealing Portions of the Record

> (a) *Requirement of Judicial Approval.* Except to the extent portions of the record are required to be sealed by statute (e.g., 18 U.S.C. §3509(d)) or a rule of procedure (e.g., Fed.Crim.P. 6(e), Circuit Rule 26.1(b)), every document filed in or by this court (whether or not the document was sealed in the district court) is in the public record unless a judge of this court orders it to be sealed.

2

>   (b) *Delay In Disclosure*. Documents sealed in the district court will be maintained under seal in this court for 14 days, to afford time to request the approval required by section(a) of this procedure.

(Seventh Circuit Operating Procedure, No. 10)(Ex. B); *U.S. v. Pearson,* 340 F.3d 459, 465 fn. 2 (7th Cir. 2003)("We remind litigants that under Seventh Circuit Operating Procedure 10, "[e]xcept to the extent portions of the record are required to be sealed by statute ... every document filed in or by this court (whether or not the document was sealed in the district court) is in the public record unless a judge of this court orders it to be sealed. Documents sealed in the district court will be maintained under seal in this court for 14 days, to afford time to request the approval required by ... this procedure.")

Because the at-issue documents are not required to be sealed by statute, the at-issue documents were automatically made public by Seventh Circuit Order when no party sought to seal the documents within 14 days. There is no legal basis for the Defendant, Adam Resnick, to ask this District Court to reverse the Seventh Circuit Order rendering these at-issue documents public.

Mr. Resnick's unsupported claim that he was not notified of the public PACER filings is moot. The Seventh Circuit already rendered the at-issue documents public by Seventh Circuit Order. The PACER docket for this case also states that attorney Leslie Ann Gerardo entered her appearance as lead counsel on behalf of Mr. Resnick on March 13, 2006 and before the Poeta appeal. (Dkt. # 49) Thus, Mr. Resnick did receive notice through his attorney. *See,* Local Rule 83.17 ("Once an attorney has filed an appearance form pursuant to LR83.16, that attorney is the attorney of record for the party represented for all purposes incident to the proceeding in which the appearance was filed.") Finally, the PACER docket lacks any record of attorney Gerardo ever withdrawing her

appearance on behalf of Mr. Resnick. (Ex. C) Therefore, this District Court should enforce the Seventh Circuit Order by unsealing the court documents originally filed as docket #71 and 78.

### III.  Conclusion

In conclusion, the Esformes respectfully request that this Court unseal the court documents originally filed as Dkt. # 71 and 78 in this District Court.

Date: December 13, 2010

/s/ Joseph E. Cwik
Joseph E. Cwik
HUSCH BLACKWELL LLP
    WELSH KATZ
120 South Riverside Plaza – 22nd Floor
Chicago, IL   60606
(312) 655-1500
joseph.cwik@huschblackwell.com
*Attorney for Intervenors Philip and Morris Esformes*


Harvey M. Tettlebaum
Thomas D. Vaughn
HUSCH BLACKWELL LLP
P. O. Box 1251
Jefferson City, MO 65102
(573) 635-9118
*Attorneys for Intervenor Morris Esformes*


Michael Pasano
Marissel Descalzo
Neil Kodsi
CARLTON FIELDS
100 S.E. 2nd Street
4200 Miami Tower
Miami, Florida 33131-2114
Telephone: (305) 530-0050
*Attorneys for Intervenor Philip Morris*

4

## **CERTIFICATE OF SERVICE**

      The undersigned counsel for Intervenors Philip and Morris Esformes hereby certifies that on December 13, 2010, a true and correct copy of the foregoing SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PHILIP AND MORRIS ESFORMES MOTION TO UNSEAL was filed with the Court and served electronically by the Court's CM/ECF System to all registered users. The filing was also sent via email and U.S. mail to the following attorneys on the same date:

Linda Wawzenski
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
linda.wawzenski@usdoj.gov
*Attorney for the United States of America in the Chicago Civil Action*

Joseph B. Chervin
Illinois Attorney General's Office
100 W. Randolph
Chicago 60601
(312) 814-4551
jchervin@atg.state.il.us
*Attorney for the State of Illinois in the Chicago Civil Action*

David J. Chizewer
Matthew K. Organ
Nury R. Agudo
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago IL 60603
david.chizewer@goldbergkohn.com
*Attorneys for Plaintiffs in the Chicago Civil Action*

Mary Louise Cohen
Timothy P. McCormack
PHILLIPS AND COHEN
2000 Massachusetts Avenue, N.W.
Washington D.C. 20036
mlc@phillipsandcohen.com
*Attorneys for Plaintiffs in the Chicago Civil Action*

Keith E. (Chuck) Roberts, Jr.
ROBERTS AND ASSOCIATES PC
104 East Roosevelt Road, Suite 202
Wheaton IL 60187
chuckroberts@roberts-law.com
*Attorney for Plaintiffs in the Chicago Civil Action*

Anton Valukas
Richard Campbell
JENNER & BLOCK
353 N. Clark
Chicago IL 60654
rcampbell@jenner.com
*Attorney for Defendant Omnicare Inc. in the Chicago Civil Action*

   /s/ Joseph E. Cwik
*Attorney for Intervenors Philip and Morris Esformes*